EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 8 2004

at 12 o'clock and 12 min. P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 04-00335 SOM |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
| DAHJA SHORT, | |
| Defendant. | |

## INDICTMENT

(18 U.S.C. §§ 922(g)(1) & 924(a)(2))

The Grand Jury charges that:

On or about May 25, 2004, in the District of Hawaii, the defendant DAHJA SHORT, having been previously convicted of a crime punishable by a term of imprisonment of greater than one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit, one Savage Arms, 30-30 caliber, bolt-action rifle, serial number B562890 and six rounds of 30-30 caliber Winchester ammunition, with the firearm and ammunition

having been manufactured outside the State of Hawaii and shipped
and transported in interstate commerce to Hawaii.

All in violation of Title 18, United States Code,
Sections 922(g)(1) and 924(a)(2).

DATED: _Sept. 8, 2004_____, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. DAHJA SHORT
Cr. No.        (Indictment)

2