FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 8 2005

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

at ____ o'clock and ____ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

MARSHALL H. SILVERBERG # 5111
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
email: marshall.silverberg@usdoj.gov

LODGED

FEB 1 7 2005   3:48

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00335 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| DAHJA SHORT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER FOR DISMISSAL

        Pursuant to Rule 48(a) of the Federal Rules of Criminal
Procedure and by leave of court endorsed hereon, the United
States Attorney for the District of Hawaii hereby dismisses the
Indictment against defendant Dahja Short on the ground that the
court granted the defendant's motion to suppress evidence and the
government has decided not to appeal that decision.
Consequently, there is insufficient admissible evidence to
proceed with the prosecution.

The defendant is not in custody on the dismissed charge listed above.

DATED:  Honolulu, Hawaii, _____ 2/17/05 _____ .

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
    MARSHALL H. SILVERBERG
    Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

SUSAN OKI MOLLWAY

_____
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

United States v. DAHJA SHORT
Cr. No. 04-00335 _____
Order for Dismissal

copies:   United States Marshal
          Bureau of Alochol Tobacco & Firearms
          Michael Weight, Esq., attorney for defendant